# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION


**HENRY JAMES COOPER,**

     **Plaintiff,**

**vs.**                                                    **CASE NO. 1:07CV114-SPM/AK**

**DOCTOR DOUNG,**

     **Defendant.**

_____/


## O R D E R

The Court has reviewed Plaintiff's second amended complaint (doc. 23), as is required by 28 U.S.C. § 1915A, and it is deemed sufficient to alert Defendant to the nature and basis of Plaintiff's claims **with the following exceptions**:

    Plaintiff should delete Florida DOC as a Defendant on the front page;

    Plaintiff should not list the Nurses, who are witnesses, on page 2;

    Plaintiff must state what relief he wants from the Court on page 7.

    If Plaintiff will file a Third Amended Complaint with these 3 changes, he may also send an extra service copy and the Court will direct service on Defendant Doung. Plaintiff claims that Dr. Doung failed to treat his foot resulting in the amputation of his toes.  Does Plaintiff want money for the loss of his toes?  Does Plaintiff want the Court to order the Defendants to treat his foot to prevent further loss of tissue?  Plaintiff needs

to complete the last section of the complaint and tell the Court what he wants the Court

to do if he wins this lawsuit.

Accordingly, it is

**ORDERED**:

1.  Plaintiff shall have until January 31, 2008, to file a Third Amended Complaint

with the changes set forth above and to provide the Court with one copy of the third

amended complaint for service on the Defendant.

2.  **Failure to submit the service copies as directed will result in a**

**recommendation of the dismissal of this action.**

**DONE AND ORDERED** this _**15**_<sup>th</sup> day of January, 2008.



_s/ A. KORNBLUM_
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**



**No. 1:07cv114-spm/ak**