IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

HENRY JAMES COOPER,

    Plaintiff,

v.                              CASE NO. 1:07-cv-00114-MP -GRJ

DUONG, ANH DUONG, FLORIDA DEPARTMENT OF CORRECTIONS, J HARRING, DAVID MCALLUM, J RILEY,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Doc. 137, Report and Recommendation of the Magistrate Judge, recommending that judgment on the pleadings be granted in favor of the Defendants for failure to exhaust administrative remedies. The Plaintiff objected, Doc. 138, and the Defendants filed a response to the objection.

Having conducted a de novo review of the objected-to portions of the Report and Recommendation, the Court will adopt the Report and Recommendation. Plaintiff filed a series of grievances in this case and was given instructions when each grievance was returned to him as to what he should do next to exhaust his administrative remedies. Each time, Plaintiff ignored the instructions. Thus, he never completed either the three-step normal grievance procedure or the two-step procedure for medical emergencies.

The undersigned thus agrees with the Magistrate Judge that binding precedent from the Eleventh Circuit and the Supreme Court dictate that exhaustion is mandatory, not discretionary, and, therefore, a prisoner is required to take all administrative steps, follow all procedural rules and all meet all applicable deadlines. Woodford v. Ngo, 548 U.S. 81, 94-97 (2006); Porter v.

Nussle, 534 U.S. 516 (2002); Booth v. Churner, 532 U.S. 731 (2001); Alexander v. Hawk, 159 F.3d 1321, 1324-26 (11th Cir. 1998). Because Plaintiff has failed to do so the Court has no choice but to dismiss his claims for failure to exhaust.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2. Judgment on the pleadings is granted in favor of the defendants on all claims.

**DONE AND ORDERED** this *23rd* day of February, 2011

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge